Christopher Coleman Tdcj # 2029300
Beto Unit
1391 Fm 3328
Tenn Colony, Tx. 75880

Legal Mail

NORTH TEXAS TX PDC
DALLAS TX 750
12 OCT 2021 PM 2 L

Distric Clerk
211 W. Ferguson St. Rm. 106
Tyler, Tx. 75702

